FOIL Request                                         Jan 19, 2017

ATTORNEY GENERAL

Hello,

I Eric Walker is Requesting Respectfully for a FOIL of the photo's from Washington C.F. If there's any in docketments that you might have & a copy of the hearing tape to be presented along with the photos to the Jury Trail on date Feb 17, 2017 at 10:00 am please.

∂ Denical Written
Eric Walker #15A2625

Thank You
Eric

**GREENE CORRECTIONAL FACILITY**
P.O. BOX 975
COXSACKIE, NEW YORK 12051-0975

NAME: Eric Walker    DIN: 15H2625

S BLOCK

U.S. DISTRICT COURT
LAWRENCE K. BAERMAN, CLERK
**RECEIVED**
JAN 23 2017

Legal Mail

USDC
Northern District of NY
Clerk Office
P.O. Box 7367
100 S. Clinton St.
Syracuse, NY 13261-7367



$00.470
Mailed From 12051
01/14/2017
US POSTAGE
049.82020280